**Johnny L. FRANKLIN, Jr.,**
**Plaintiff—Appellant,**

v.

**Camille WILLIAMS; et al.,**
**Defendants—Appellees.**

No. 02–16973.

D.C. No. CV–99–00002–DFL.

United States Court of Appeals,
Ninth Circuit.

Submitted April 7, 2003.*

Decided April 18, 2003.

Before RYMER, KLEINFELD, and FISHER, Circuit Judges.

MEMORANDUM**

Johnny L. Franklin, a California state prisoner, appeals pro se from the district court's judgment dismissing for failure to exhaust administrative remedies his 42 U.S.C. § 1983 action alleging prison officials showed deliberate indifference in failing to adequately treat his cyst. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a district court's determination that a prisoner failed to exhaust administrative remedies, *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir.2003), and we affirm.

The district court properly dismissed Franklin's action because Franklin failed to exhaust administrative remedies prior to filing his initial complaint. *See McKinney v. Carey*, 311 F.3d 1198, 1199 (9th Cir.2002) (per curiam) (holding a prisoner cannot meet exhaustion requirements of 42 U.S.C. § 1997e(a) by exhausting available remedies during the course of litigation). We construe the district court's order as dismissing the action without prejudice. *See Wyatt*, 315 F.3d at 1120.

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, we deny Franklin's requests for oral argument and attorney assistance.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.